# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: __Don R. Clark, Jr., et al__ vs. __City of St. Louis, Missouri, et al__

**The Clerk will enter my appearance as Counsel in Appeal No.** __26-1461__ for the following party(s): (please specify)

> Don R. Clark, Jr.; Adonis H. Clark; Sherrie Clark-Torrence; Ashley Boureima Mourou; A.C., a minor, by and through her mother and next friend, Necole Fisher individually and as the surviving children of Decedent, Don Clark, Sr.

[✓] Appellant(s) [ ] Petitioner(s) [ ] Appellee(s) [ ] Respondent(s) [ ] Amicus Curiae [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: __Ian H. Gershengorn__   s/: __Ian H. Gershengorn__

Firm Name: __Jenner & Block, LLP__

Business Address: __1099 New York Avenue, Suite 900__

City/State/Zip: __Washington, DC 20001__

Telephone Number (Area Code): __(202) 639-6869__

Email Address: __IGershengorn@jenner.com__

---

### CERTIFICATE OF SERVICE

[✓] I hereby certify that on __3/18/2026__, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: