# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Don R. Clark, Jr., et al vs. City of St. Louis, Missouri, et al

**The Clerk will enter my appearance as Counsel in Appeal No.** 26-1461 for the following party(s): (please specify)

Don R. Clark, Jr.; Adonis H. Clark; Sherrie Clark-Torrence; Ashley Boureima Mourou; A.C., a minor, by and through her mother and next friend, Necole Fisher individually and as the surviving children of Decedent, Don Clark, Sr.

[✓] Appellant(s) [ ] Petitioner(s) [ ] Appellee(s) [ ] Respondent(s) [ ] Amicus Curiae [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Emanuel Powell III s/: Emanuel Powell III

Firm Name: Jenner & Block, LLP

Business Address: 1099 New York Avenue, Suite 900

City/State/Zip: Washington, DC 20001

Telephone Number (Area Code): (202) 639-6035

Email Address: EPowell@jenner.com

---

### CERTIFICATE OF SERVICE

[✓] I hereby certify that on 3/18/2026 , I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: